THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW SUMMIT PARTNER CORP., | CASE NO. C18-1599-JCC |
| Plaintiff, | ORDER |
| v. | |
| CORNWALL, LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion for entry of a prejudgment writ of attachment (Dkt. No. 22). Having considered the parties' stipulations, the relevant record, and otherwise being fully advised in the premises, it is hereby ORDERED that:

The parties' stipulated motion for issuance of a Prejudgment Writ of Attachment (Dkt. No. 22) is GRANTED. The Clerk of this Court shall issue a prejudgment writ of attachment for the attachment of net proceeds of no less than $450,000.00 from the sale of the Subject Property, plus additional sums accruing after February 13, 2019 as set forth in the parties' Settlement Agreement and in the form of the Writ of Attachment submitted herewith. The Court FINDS that pursuant to Revised Code of Washington § 6.26.070(1), Plaintiff has established the probable validity of its claim, and there is probable cause to believe that the statutory grounds for attachment exist. Defendants CORNWALL, LLC and GERALD RIDEOUT and KIM RIDEOUT their successors, assigns, agents, and attorneys, and all others having notice of this

Order are enjoined from disposing, distributing, converting, or otherwise conveying no less than $450,000.00 of net proceeds from the sale of the Subject Property, plus additional sums accruing after February 13, 2019 as set forth in the parties' Settlement Agreement and in the form of the Writ of Attachment submitted herewith, absent the entry of an Order by this Court.

The Subject Property may be sold, but the net proceeds in an amount no less than $450,000.00 from the sale of the Subject Property, plus any additional sums as applicable as set forth in the parties' Settlement Agreement, shall be attached, immediately directed to the Plaintiff as provided by the Settlement Agreement or to the Registry of the Court, and held in favor of this pending lawsuit, in the event a dispute pertaining the interpretation of the Settlement Agreement.

The Court has further considered whether Plaintiff should be required to post a bond pursuant to Revised Code of Washington § 6.25.080. In light of the parties' stipulation that no bond is necessary, and as under Revised Code of Washington § 4.44.470 the Court has power to prescribe the amount of a bond or other security notwithstanding any requirement of another statute, Plaintiff shall not be required to post an attachment bond or other security.

DATED this 1st day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE