UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW SUMMIT PARTNER CORP., | CASE NO. C18-1599-JCC |
| Plaintiff, | WRIT OF ATTACHMENT |
| v. | |
| CORNWALL, LLC, *et al.*, | |
| Defendants. | |

**FROM: UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

**TO:   SHERIFF OF WHATCOM COUNTY, WASHINGTON.**

**GREETINGS:**

WHEREAS, a civil action as above entitled has been commenced in the United States District Court for the Western District of Washington by the Plaintiff to recover from the Defendants, CORNWALL, LLC, and GERALD AND KIM RIDEOUT, damages for breach of contract in the principal amount no less than $450,000.00, plus additional interest or rents accruing after February 13, 2019 as set forth in the parties' Settlement Agreement; and whereas the necessary affidavit have been filed as required by law and the Court has issued an Order Directing the Issuance of this Writ of Attachment.

NOW, THEREFORE, you are hereby commanded to attach and faithfully keep the following described real property of the said Defendants within your county not exempt from

execution, or so much thereof as may be sufficient to satisfy Plaintiff's demand, in the amounts stated above, together with costs and expenses, and immediately direct such sums to the Plaintiff pursuant to the terms of the parties' Settlement Agreement, or, in the event there is a dispute over the interpretation of the Settlement Agreement,  to the Registry of the United States District Court for the Western District of Washington, until further order of the Court respecting the same, or it shall have been otherwise discharged according to law, and of this Writ make legal service and return.

| **Real Property:** | All right, title, and interest of CORNWALL, LLC in the real property and improvements located at 2516 Cornwall Ave., Bellingham, WA 98224 up to the amounts specified herein and the parties' Settlement Agreement. |
|---|---|

Legal Description attached as **Exhibit 1**.

DATED this 1st day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

By  /s/Tomas Hernandez, Deputy Clerk.

**EXHIBIT 1**

Lot 4, Except the Easterly 8 feet thereof, Block 145, Map of the Town of New Whatcom, according to the plat thereof, recorded in Volume 1 of Plats, Page 24, records of Whatcom County, Washington.

APN: 62891; and 380319-310113-0000

[END OF EXHIBIT "1"]

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563